E-FILED
Tuesday, 15 June, 2010  02:28:55 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

**David E. Kates**

vs.  Case Number:  **09-1170**

**Verfurth, et al.**

## ORDER

    Pursuant to the **6/15/10** mandate, in appellate case number **09-2850**, from the United States Court of Appeals, Seventh Circuit **[19]**, the agency having custody of the plaintiff, **David E. Kates,** is directed to remit the appellate docketing fee of $455 from his prison trust fund account if such funds are available.  If he does not have $455 in his account, the agency must send 20 percent of the current balance, or the average balance during the past six months, whichever amount is higher; thereafter, the agency shall begin forwarding monthly payments from the plaintiff's trust fund account to the Clerk of Court each time the plaintiff's account exceeds $10 until the statutory appeal fee of $455 is paid in its entirety.  The United States Court of Appeals is notified, via a copy of this order.

ENTERED this 15th day of June, 2010

    _s/Harold A. Baker_
    HAROLD A. BAKER
    U.S. District Judge